# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

|  |  |
|---|---|
| DARRELL HUFF | Case No. 15-16789 |
| NICOLE HUFF |  |
| Debtor(s) |  |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/12/2015.

2) The plan was confirmed on 07/30/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/27/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 09/01/2016.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $5,330.78 |
| Less amount refunded to debtor | $62.14 |

**NET RECEIPTS:**                                                 **$5,268.64**

---

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,647.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $218.02 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                **$3,865.02**

Attorney fees paid and disclosed by debtor:          $353.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A/R Concepts | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Accounts Receivable Ma | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| ACTIVITY COLLECTION SVC | Unsecured | 379.00 | 379.00 | 379.00 | 0.00 | 0.00 |
| AMERICAN COLLECTIONS | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 893.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FURNITURE | Secured | 204.10 | 0.00 | 204.10 | 97.24 | 3.02 |
| BUSH TRUCK LEASING | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CB USA INC | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL CREDIT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 6,387.40 | 6,241.40 | 6,241.40 | 0.00 | 0.00 |
| CNAC GLENDALE HEIGHTS | Unsecured | 7,314.00 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 1,015.56 | NA | NA | 0.00 | 0.00 |
| CREDIT COLL | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| Credit Mgmt | Unsecured | 1,140.00 | NA | NA | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES IN | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 707.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Dp Of Educ | Unsecured | 821.00 | NA | NA | 0.00 | 0.00 |
| ECONOMY INTERIORS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ENCIRCLE COLLECTIONS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 928.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 836.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| GALWAY FINANCIAL SERVICES LLC | Unsecured | 535.50 | NA | NA | 0.00 | 0.00 |
| GECRB/CARE CREDIT | Unsecured | 2,698.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GLOBAL PAYMENTS | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collections | Unsecured | 948.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collections | Unsecured | 2,828.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Unsecured | 1,178.64 | 0.00 | 1,462.30 | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Secured | NA | 1,462.30 | 1,462.30 | 0.00 | 0.00 |
| Home Choice | Unsecured | 558.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 7,271.00 | 7,271.00 | 7,271.00 | 0.00 | 0.00 |
| IL DEPT OF HUMAN SERVICES | Unsecured | 2,828.00 | 2,828.00 | 2,828.00 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 1,904.71 | 1,904.71 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 791.75 | 798.63 | 798.63 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,307.00 | 3,560.08 | 3,560.08 | 25.62 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 350.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 350.00 | 350.00 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 2,001.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MFG FINANCIAL INC | Unsecured | NA | 22,560.18 | 22,560.18 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 469.44 | 469.44 | 0.00 | 0.00 |
| NORTHEAST LEGAL GROUP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NORTHEAST LEGAL GROUP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Osi Collect | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PALISADES ACQUISITION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ROI SERVICES INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ROI SERVICES INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SADINO FUNDING LLC | Unsecured | NA | 947.00 | 947.00 | 0.00 | 0.00 |
| SADINO FUNDING LLC | Unsecured | NA | 186.27 | 186.27 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 61,529.20 | 75,706.70 | 75,706.70 | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS | Unsecured | 82.00 | 1,336.00 | 1,336.00 | 0.00 | 0.00 |
| THE LOAN MACHINE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TITLEMAX OF ILLINOIS | Secured | 1,898.43 | 1,898.43 | 1,898.43 | 64.49 | 55.66 |
| Torres Credit Servic | Unsecured | 1,728.00 | NA | NA | 0.00 | 0.00 |
| UNITED COMPUCRED | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| UNITED COMPUCRED | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| UNITED RESOURCE SYSTEMS | Unsecured | 10,187.46 | NA | NA | 0.00 | 0.00 |
| US CASH IL LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 9,500.00 | 10,647.43 | 10,647.43 | 0.00 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 6,316.00 | 19,430.03 | 19,430.03 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1,654.00 | 2,966.46 | 2,966.46 | 0.00 | 0.00 |
| VILLAGE OF ALSIP | Unsecured | 1.00 | 270.00 | 270.00 | 0.00 | 0.00 |
| VILLAGE OF DOLTON | Unsecured | 1.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| VILLAGE OF EAST HAZEL CREST | Unsecured | 1.00 | 270.00 | 270.00 | 0.00 | 0.00 |
| VILLAGE OF LANSING | Unsecured | 250.00 | 21,118.30 | 21,118.30 | 0.00 | 0.00 |
| VILLAGE OF MIDLOTHIAN | Unsecured | NA | 1,012.50 | 1,012.50 | 0.00 | 0.00 |
| VILLAGE OF SOUTH CHICAGO HEIGH | Unsecured | NA | 250.00 | 250.00 | 0.00 | 0.00 |
| Vision Fin | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES | Unsecured | 1,151.00 | NA | 768.41 | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES | Secured | 5,820.47 | 6,588.88 | 5,820.47 | 894.56 | 263.03 |
| WHITE HILLS CASH | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,718.90 | $959.05 | $318.69 |
| All Other Secured | $1,666.40 | $97.24 | $3.02 |
| **TOTAL SECURED:** | **$9,385.30** | **$1,056.29** | **$321.71** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,560.08 | $25.62 | $0.00 |
| **TOTAL PRIORITY**: | **$3,560.08** | **$25.62** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$179,923.76** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,865.02 |
| Disbursements to Creditors | $1,403.62 |
| | |
| **TOTAL DISBURSEMENTS** : | **$5,268.64** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/08/2016                     By: /s/ Tom Vaughn
                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**